[No. 16620-4-I. Division One. June 1, 1987.]

CYNTHIA WALKER, ET AL, *Appellants*, v. WASHINGTON NATURAL GAS COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-11593-2, David C. Hunter, J., entered May 13, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 8334-5-II. Division Two. June 1, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE RUSSELL COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00602-3, William L. Brown, Jr., J., entered November 2, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[Nos. 8469-4-II; 8470-8-II. Division Two. June 1, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL MARES, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 84-1-00318-6, Don L. McCulloch, J., entered December 18, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.